IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:15CR0404 HEA |
| | ) |
| ANTHONY BOWEN, | ) |
| | ) |
| Defendant. | ) |

**MOTION TO WITHDRAW AS COUNSEL**

Comes now Charles J Banks, Assistant Federal Public Defender, and prays that this Court grant counsel and the Office of the Federal Public Defender leave to withdraw as counsel for Anthony Bowen as counsel has a conflict of interest.  Counsel requests that a Criminal Justice Act attorney who has completed the recent training provided by the Federal Defender Office be appointed to represent Mr. Bowen.  A list of those attorneys is attached hereto.

Respectfully submitted,

/s/Charles J Banks
CHARLES J BANKS, 60027 MO
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: charles_banks@fd.org
ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on 10/16/2020, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon    , Assistant United States Attorney.

/s/Charles J Banks
CHARLES J BANKS
Assistant Federal Public Defender
